IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FLORENCIO ROLAN, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN V. COLEMAN, et al., | : | No. 08-5438 |
| Respondents. | : | |

## ORDER

**AND NOW**, this **2nd** day of **November**, 2010, it is hereby **ORDERED** that:

1. Petitioner's objections to the Report and Recommendation are **OVERRULED.**

2. The Report and Recommendation is **APPROVED and ADOPTED.**.

3. The Petition for a Writ of Habeas Corpus is **DENIED.**

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
**Berle M. Schiller, J.**